■ ATLANTA INTERNATIONAL INSURANCE COMPANY, Respondent, v NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant, and HOME INDEMNITY COMPANY, Respondent.—Resettled order and judgment (one paper), Supreme Court, New York County (Herman Cahn, J.), entered on May 13, 1991, unanimously affirmed for the reasons stated by Cahn, J., without costs or disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GLOVER, Appellant.—Judgment, Supreme Court, New York County (John A.K. Bradley, J.), rendered July 18, 1990, convicting defendant, after a jury trial, of robbery in the third degree, and sentencing him, as a predicate felon, to a prison term of 3 to 6 years, unanimously affirmed.

Defendant's failure to object to most of the comments in the prosecutor's summation which he now claims were improper renders those claims unpreserved for appellate review as a matter of law (CPL 470.05). We note, however, that the prosecutor should not have commented on the number of times the complainant consistently reported the robbery *(People v Jimenez,* 102 AD2d 439). This comment was nevertheless harmless in view of overwhelming evidence of defendant's guilt. Concur—Rosenberger, J. P., Wallach, Ross, Asch and Kassal, JJ.